AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fernandez, Ferdinand F. | Ninth Circuit Court of Appeals | 03/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

125 S. Grand Avenue, Suite 602
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. West Publishing Co. | Books | $1,184.88 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts. at Wells Fargo Bank | A | Interest | M | T | | | | | |
| 2. Accts. at JP Morgan Chase | A | Interest | L | T | | | | | |
| 3. Accts. at Bank of America | A | Interest | L | T | | | | | |
| 4. Accts. at Union Bank | B | Interest | L | T | | | | | |
| 5. Accts. at Community Bank | B | Interest | L | T | | | | | |
| 6. Accts. at California Bank and Trust | A | Interest | L | T | | | | | |
| 7. Accts. at Pacific Western Bank | B | Interest | L | T | | | | | |
| 8. Accts. at U.S. Bank | A | Interest | M | T | | | | | |
| 9. Accts. at Community Commerce Bank | B | Interest | L | T | | | | | |
| 10. Accts at Bank of the West | A | Interest | L | T | | | | | |
| 11. Accts. at Citizens Business Bank | A | Interest | L | T | | | | | |
| 12. Accts. at Security Bank of California | A | Interest | L | T | | | | | |
| 13. Acct. at Ally Bank | A | Interest | | | Open | 02/09/11 | L | | |
| 14. Acct. at Bank of China | A | Interest | | | Open | 02/18/11 | L | | |
| 15. Acct. at GE Money Bank | A | Interest | | | Closed | 02/04/11 | L | | |
| 16. Acct. at Mazrhi Tefahot Bank | A | Interest | | | Closed | 02/18/11 | L | | |
| 17. Am Fund Small Cap World Cl A | A | Dividend | J | T | | | | | |

1. Income Gain Codes:            A =$1,000 or less            B =$1,001 - $2,500            C =$2,501 - $5,000            D =$5,001 - $15,000            E =$15,001 - $50,000
    (See Columns B1 and D4)      F =$50,001 - $100,000        G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                   J =$15,000 or less           K =$15,001 - $50,000         L =$50,001 - $100,000         M =$100,001 - $250,000
    (See Columns C1 and D3)      N =$250,001 - $500,000       O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                 P3 =$25,000,001 - $50,000,000                             P4 =More than $50,000,000
3. Value Method Codes            Q =Appraisal                 R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
    (See Column C2)              U =Book Value                V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Fund Cap Income Builder; Cl A | B | Dividend | L | T | | | | | |
| 19. Am. Fund New Economy Cl A | A | Dividend | J | T | | | | | |
| 20. Income Fund of America Cl A | A | Dividend | K | T | | | | | |
| 21. Am. Cap. Fund Cl A | A | Dividend | J | T | | | | | |
| 22. Am. Fund Balanced Fund Cl A | A | Dividend | J | T | | | | | |
| 23. Am Fund Capital World Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 24. Am Fund Euro Pacific Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 25. Am Fund Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 26. Am Fund, Inv. Co. of America Cl A | A | Dividend | J | T | | | | | |
| 27. Am Fund New WOrld Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 28. Wash. Mut. Inv. Fund Cl A | B | Dividend | K | T | | | | | |
| 29. Invesco Van Kampen Am. Franchise Fund Cl A (see Part VIII) | A | Dividend | K | T | | | | | |
| 30. Invesco Van Kampen Am. Franchise Fund Cl A (See Part VIII) | | | | | | | | | |
| 31. Invesco Van Kampen Real Estate Fund Cl A (See Part VIII) | A | Dividend | K | T | | | | | |
| 32. Van Kampen Comstock Fund Cl A | A | Dividend | J | T | | | | | |
| 33. Select Notes Trust Sec. LT #5 | A | Interest | J | T | | | | | |
| 34. GNMA Pool Cert. | A | Interest | J | T | | | | | |

1. Income Gain Codes:          A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
   (See Columns B1 and D4)      F = $50,001 - $100,000      G = $100,001 - $1,000,000      H1 = $1,000,001 - $5,000,000      H2 = More than $5,000,000
2. Value Codes                  J = $15,000 or less          K = $15,001 - $50,000          L = $50,001 - $100,000      M = $100,001 - $250,000
   (See Columns C1 and D3)      N = $250,001 - $500,000      O = $500,001 - $1,000,000      P1 = $1,000,001 - $5,000,000      P2 = $5,000,001 - $25,000,000
                                P3 = $25,000,001 - $50,000,000      P4 = More than $50,000,000
3. Value Method Codes           Q = Appraisal          R = Cost (Real Estate Only)      S = Assessment      T = Cash Market
   (See Column C2)               U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. T. Bills | A | Interest | K | T | | | | | |
| 36. U.S. T. Bills | A | Interest | L | T | | | | | |
| 37. U.S. T. Bills | A | Interest | K | T | | | | | |
| 38. U.S. T. Bills | A | Interest | K | T | | | | | |
| 39. U.S. T. Bills | A | Interest | K | T | | | | | |
| 40. U.S. T. Bills | A | Interest | K | T | | | | | |
| 41. U.S. T. Bills | A | Interest | | | Sold | 10/6/11 | K | A | |
| 42. U.S. T. Bills | A | Interest | | | Sold | 10/20/11 | K | A | |
| 43. U.S. T. Bills | A | Interest | N | T | | | | | |
| 44. U.S. T. Bills | A | Interest | L | T | | | | | |
| 45. U.S. T. Bills | A | Interest | L | T | | | | | |
| 46. Trust #1; Income Beneficiary (Items 47-72) | | | | | | | | | |
| 47. (a) Wells Fargo, Trustee | | | | | | | | | |
| 48. (i) Wells Fargo Common Trust Funds and Cash | B | Int./Div. | L | T | | | | | |
| 49. (ii) Vanguard REIT Viper | A | Dividend | J | T | | | | | |
| 50. (iii) Vanguard REIT Viper | A | Dividend | J | T | | | | | |
| 51. (iv)Pimco Foreign Bond Fund USD Hedged #103 | A | Dividend | J | T | Buy | 8/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (v) Hussman Strategic Growth Fund | A | Distribution | J | T | Sold | 10/21/11 | J | A | |
| 53. (vi) I Shares MSCI EAFE | A | Dividend | K | T | | | | | |
| 54. (vii) I Shares Corporate Bond Fund | A | Dividend | | | Sold | 2/10/11 | J | A | |
| 55. (viii) Vanguard Emerging Market ETF | A | Dividend | J | T | | | | | |
| 56. (ix) SPDR D.J. Wilshire Int'l. Real Estate | A | Dividend | J | T | | | | | |
| 57. (x) Dreyfus Emerging Mkts Debt Fund | A | Dividend | J | T | | | | | |
| 58. (xi) AMEX Consumer SPDR | A | Dividend | J | T | | | | | |
| 59. (xii) Consumer Staples Sec SPDR | A | Dividend | J | T | | | | | |
| 60. (xiii) AMEX Energy Select SPDR | A | Dividend | J | T | | | | | |
| 61. (xiv) AMEX Financial Select SPDR | A | Dividend | J | T | | | | | |
| 62. (xv) AMEX Health Care SPDR | A | Dividend | J | T | | | | | |
| 63. (xvi) AMEX Industrial SPDR | A | Dividend | J | T | | | | | |
| 64. (xvii) AMEX Technology SPDR | A | Dividend | J | T | | | | | |
| 65. (xviii) AMEX Materials SPDR | A | Dividend | J | T | | | | | |
| 66. (xix) AMEX Utilities SPDR | A | Dividend | J | T | | | | | |
| 67. (xx) I Shares S&P Midcap 400 Growth | A | Dividend | J | T | | | | | |
| 68. (xxi) I Shares S&P Midcap 400 Value | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (xxii) I Shares TR SMall Cap 600 Index | A | Dividend | J | T | | | | | |
| 70. (xxiii) Diamond Hill Long-Short Fund C1.1 | A | Dividend | J | T | | | | | |
| 71. (xxiv) Merger FD SH BEN INT | A | Dividend | J | T | | | | | |
| 72. (xxv) Credit Suisse Commodity Return Strat. Fund | A | Dividend | J | T | | | | | |
| 73. (b) Real Propert in Clifton, AZ (trustee unknown) | | None | J | W | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 03/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, item 29, Invesco Van Kampen Am. Franchise Fund Cl A (formerly Van Kampen Enterprise Fund).

Part VII, item 30, Invesco Van Kampen Am. Franchise Fund Cl A (formerly Van Kampen Cap Growth Fund). See item 29 for items B and C, which has full post merger value.

Part VII, item 31, Invesco Van Kampen Real Estate Fund Cl A (formerly Van Kampen Real Estate Sec Fund).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ferdinand F. Fernandez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544